NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMARTMETRIC INC.,**
*Plaintiff-Appellant,*

v.

**AMERICAN EXPRESS COMPANY,**
*Defendant-Appellee.*

---

2011-1473

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-9371, Judge Jacqueline H. Nguyen.

------------------------------------------------

---

**SMARTMETRIC INC.,**
*Plaintiff-Appellant,*

v.

**MASTERCARD INTERNATIONAL INCORPORATED,**
*Defendant-Appellee,*

AND

**VISA INC.,**
*Defendant-Appellee.*

---

2011-1497

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1864, Judge Jacqueline H. Nguyen.

---

## ON MOTION

---

## ORDER

Smartmetric Inc. moves without opposition to consolidate these two cases for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above. The appellant's opening brief is due within 21 days of the date of filing of this order.

FOR THE COURT

AUG 3 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick F. Bright, Esq.
Peter J. Armenio, Esq.
Gary A. Clark, Esq.
Gregory A. Castanias, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2011

JAN HORBALY
CLERK